IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY T. LEE, et al.,         )
                                )
    Plaintiffs,                 )
                                )
UNITED STATES OF AMERICA,       )
                                )
    Plaintiff-Intervenor        )
    and Amicus Curiae,          )
                                )
NATIONAL EDUCATION              )   CIVIL ACTION NO.
ASSOCIATION, INC.,              )     2:70cv3098-T
                                )         (WO)
    Plaintiff-Intervenor,       )
                                )
    v.                          )
                                )
AUTAUGA COUNTY BOARD OF         )
EDUCATION, et al.               )
                                )
    Defendants.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for declaration of full unitary status and termination of this litigation (Doc. No. 276), filed by defendants Autauga County Board of Education, its members,

and the Superintendent of Education, is granted in all respects.

(2)  The Autauga County School System is DECLARED to be unitary in all respects.

(3)  All outstanding orders and injunctions are dissolved as to defendants Autauga County Board of Education, its members, and the Superintendent of Education. However, as outlined in this court's October 19, 2004, opinion and judgment, Lee v. Autauga County Bd. of Educ., 2004 WL 2359667, at *6-7 (M.D. Ala. 2004), declaring the school system unitary in the area of student assignment, the court retains jurisdiction until October 19, 2012, for the limited purpose of enforcing the contractual obligations set forth in the revised settlement agreement regarding student assignment (Doc. No. 249).

It is further ORDERED that the state defendants (the Alabama State Board of Education, its members, the State Superintendent of Education, and the Governor of Alabama) are not dismissed and that the orders dealing with the

state-wide "special education" and "facilities" issues are not dissolved.

It is further ORDERED that the remaining local-issues status conferences are canceled.

The clerk of this court is DIRECTED to provide copies of this judgment and the companion opinion to objectors Lee D. Kimbrough and Doris Striggles.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of July, 2005.

                                      /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE