IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY T. LEE,                 )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:70cv3098-MHT
                                )           (WO)
AUTAUGA COUNTY BOARD OF         )
EDUCATION, et al.,              )
                                )
    Defendants.                 )
```

## JUDGMENT

Based upon the representations made on the record on November 8, 2012, it is the ORDER, JUDGMENT, and DECREE of the court that all jurisdiction in this cause is terminated and this case is closed in its entirety.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of November, 2012.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE